# EXHIBIT B



**Christopher Morten <cjm531@nyu.edu>**

## Fwd: Status Update for Request #2025-01745-FOIA-OS
2 messages

**Jeremiah Johnson** <Jeremiah@prep4all.org>   Thu, Feb 20, 2025 at 7:41 AM
To: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Christopher Morten <cjm531@nyu.edu>, Brooke Levy <bml2132@columbia.edu>

---------- Forwarded message ---------
From: <foiarequest@hhs.gov>
Date: Wed, Feb 19, 2025 at 8:52 PM
Subject: Status Update for Request #2025-01745-FOIA-OS
To: <jeremiah@prep4all.org>

```
Dear Jeremiah Johnson,
```

The status of your FOIA request #2025-01745-FOIA-OS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

```
Sincerely,
U.S. Department of Health & Human Services
```

**Christopher Morten** <cjm531@nyu.edu>   Fri, Feb 21, 2025 at 7:23 AM
To: Jeremiah Johnson <Jeremiah@prep4all.org>
Cc: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>

Thanks for forwarding, Jeremiah!

[Quoted text hidden]