# EXHIBIT C

Friday, February 28, 2025 at 10:03:23 Eastern Standard Time

**Subject:** Re: Request Acknowledgement by U.S. Department of Health & Human Services
**Date:** Friday, February 28, 2025 at 9:25:29 AM Eastern Standard Time
**From:** Christopher Morten
**To:** foiarequest@hhs.gov
**CC:** Jeremiah Johnson, Angela Hyokyoung Kang, Brooke Levy

Dear HHS FOIA Liaison and FOIA Office,

I write to follow up on Mr. Johnson's email below re Request #2025-01745-FOIA-OS.  Per his email below, and per the FOIA request itself, I am a lawyer who represents PrEP4All in connection with this request.

I CC here two of my associates who represent PrEP4All with me—Angela Kang and Brooke Levy.

We would like to speak with a representative of HHS about the search and production schedule for this request.  Please let me know when a representative is available to speak.  The morning of Friday, March 7, between 10-11:45 am Eastern is an ideal window for us.

Best regards,

Chris


**From:** Jeremiah Johnson <Jeremiah@prep4all.org>
**Date:** Thursday, February 27, 2025 at 11:38 AM
**To:** "foiarequest@hhs.gov" <foiarequest@hhs.gov>
**Cc:** Christopher Morten <cjm2002@columbia.edu>
**Subject:** Re: Request Acknowledgement by U.S. Department of Health & Human Services

> **This Message Is From an External Sender**
> This message came from outside your organization.

Dear HHS FOIA Liaison and FOIA Office,

I write in regard to FOIA Request #2025-01745-FOIA-OS, which I filed earlier this month.  I write on behalf of PrEP4All, the organization that I am executive director of and that I filed the FOIA request on behalf of.  I write to confirm that attorney Christopher Morten, CCed here, represents PrEP4All in connection with this FOIA request.  Mr. Morten will follow up with questions related to this request.

Best regards,

Jeremiah Johnson

**Jeremiah Johnson, MPH (He/Him)**
Executive Director
PrEP4All
Mobile: +1 303 910 9330
Jeremiah@PrEP4All.org
www.PrEP4All.org

Image removed by sender. 

On Wed, Feb 19, 2025 at 8:52 PM <foiarequest@hhs.gov> wrote:

```
Dear Jeremiah Johnson,

Request #2025-01745-FOIA-OS has been assigned to the request you submitted. In all future correspondence regarding this reque

Regards,
U.S. Department of Health & Human Services
```