# EXHIBIT D



**Christopher Morten <cjm2002@columbia.edu>**

## Re: Request Acknowledgement by U.S. Department of Health & Human Services

**Christopher Morten** <cjm2002@columbia.edu>  Fri, Mar 7, 2025 at 10:38 AM
To: "foiarequest@hhs.gov" <foiarequest@hhs.gov>
Cc: Jeremiah Johnson <Jeremiah@prep4all.org>, Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>

Dear HHS FOIA Liaison and FOIA Office,

I write to renew my inquiry re Request #2025-01745-FOIA-OS, submitted by PrEP4All. I seek an update on the search and production schedule for this request.

I called your office a moment ago and left a voicemail, echoing this inquiry.

Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.

Best regards,

Chris

-------------------------

Christopher Morten

he/him/his

Associate Clinical Professor of Law

Director, Science, Health & Information Clinic

Columbia Law School

Office: (212) 854-1845

Cell: (646) 531-4920

Email: cjm2002@columbia.edu

Twitter: @cmorten2

[Quoted text hidden]