

Christopher Morten <cjm531@nyu.edu>

## Fwd: Status Update for Request #2025-01745-FOIA-OS

**Jeremiah Johnson** <Jeremiah@prep4all.org>     Fri, Apr 11, 2025 at 1:31 PM
To: Brooke Levy <bml2132@columbia.edu>, Christopher Morten <cjm531@nyu.edu>

Hey so sorry I missed this last week- forwarding here.

---------- Forwarded message ---------
From: <foiarequest@hhs.gov>
Date: Tue, Apr 1, 2025 at 12:33 PM
Subject: Status Update for Request #2025-01745-FOIA-OS
To: <jeremiah@prep4all.org>


Dear Jeremiah Johnson,

The status of your FOIA request #2025-01745-FOIA-OS has been updated to the following status 'In Process'. To
log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services

# EXHIBIT E