# EXHIBIT F



**Christopher Morten <cjm2002@columbia.edu>**

## Re: Request Acknowledgement by U.S. Department of Health & Human Services

**Christopher Morten** <cjm2002@columbia.edu>    Fri, Apr 4, 2025 at 12:44 PM
To: "foiarequest@hhs.gov" <foiarequest@hhs.gov>
Cc: Jeremiah Johnson <Jeremiah@prep4all.org>, Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>

Dear HHS FOIA Liaison and FOIA Office,

I write again to renew my inquiry re Request #2025-01745-FOIA-OS, submitted by PrEP4All. I seek an update on the search and production schedule for this request.

I also seek an update on our request for expedited processing, which was included in our initial FOIA request. Per our records, HHS has not responded to that request.

My colleague Brooke Levy called your office a moment ago and left a voicemail, echoing this inquiry. We have now called and emailed several times since filing our FOIA request in mid-February.

Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.

Best regards,

Chris

[Quoted text hidden]