# EXHIBIT G

Wednesday, April 16, 2025 at 10:05:54 Eastern Daylight Time

**Subject:** Re: Request Acknowledgement by U.S. Department of Health & Human Services
**Date:** Tuesday, April 15, 2025 at 3:50:17 PM Eastern Daylight Time
**From:** Christopher Morten
**To:** foiarequest@hhs.gov
**CC:** Jeremiah Johnson, Angela Hyokyoung Kang, Brooke Levy

Dear HHS FOIA Liaison and FOIA Office,

I am following up again on the email thread below and PrEP4All's request **#2025-01745-FOIA-OS**, filed February 19, 2025.

As I've stated previously, PrEP4All would like to agree with you on a mutually agreeable production schedule. We would like to avoid the need for an administrative appeal or litigation—especially since our request is for one specific document, which we expect is brief.

At this point, nearly two months have passed since PrEP4All submitted its request on February 19; the statutory deadline is long past; and PrEP4All has not yet (to my knowledge) received any updates regarding the expected processing time for our initial request, let alone received our single requested document.

A representative of my client PrEP4All—Jeremiah Johnson, PrEP4All's executive director—received an automated email indicating that the request is "In Process," but we have not heard anything more than that.

I have not received any responses, either by phone or by email, to my inquiries, documented below, about HHS's processing of PrEP4All's request for expedited processing.

If we are not able to make timely progress on this request, my client and I intend to escalate to administrative appeal and/or litigation.

We are sympathetic to the fact that this has been a tumultuous time for the FOIA offices of many federal agencies, including HHS. This has also been a turbulent and stressful time for not-for-profit organizations like my client, PrEP4All. Accordingly, we hope to resolve this important matter in a prompt and efficient manner.

Please respond, by email or by phone (646 531 4920), at your earliest convenience.

If I do not hear from you by Wednesday, April 23, and if we are not able to agree upon a production schedule, my client and I intend to proceed to administrative appeal or litigation, as appropriate.

Best,

Chris

On Fri, Apr 4, 2025 at 12:44PM Christopher Morten <cjm2002@columbia.edu> wrote:
> Dear HHS FOIA Liaison and FOIA Office,
>
> I write again to renew my inquiry re Request **#2025-01745-FOIA-OS**, submitted by PrEP4All. I seek an update on the search and production schedule for this request.
>
> I also seek an update on our request for expedited processing, which was included in our initial FOIA request. Per our records, HHS has not responded to that request.
>
> My colleague Brooke Levy called your office a moment ago and left a voicemail, echoing this inquiry. We have now called and emailed several times since filing our FOIA request in mid-February.
>
> Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.
>
> Best regards,
>
> Chris
>
>
> On Fri, Mar 7, 2025 at 10:38AM Christopher Morten <cjm2002@columbia.edu> wrote:
>> Dear HHS FOIA Liaison and FOIA Office,
>>
>> I write to renew my inquiry re Request **#2025-01745-FOIA-OS**, submitted by PrEP4All. I seek an update on the search and production schedule for this request.
>>
>> I called your office a moment ago and left a voicemail, echoing this inquiry.
>>
>> Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.
>>
>> Best regards,

Chris

--------------------------

Christopher Morten

he/him/his

Associate Clinical Professor of Law

Director, Science, Health & Information Clinic

Columbia Law School

Office: (212) 854-1845

Cell: (646) 531-4920

Email: cjm2002@columbia.edu

Twitter: @cmorten2

On Fri, Feb 28, 2025 at 9:25 AM Christopher Morten <cjm2002@columbia.edu> wrote:

> Dear HHS FOIA Liaison and FOIA Office,
>
> I write to follow up on Mr. Johnson's email below re Request #2025-01745-FOIA-OS. Per his email below, and per the FOIA request itself, I am a lawyer who represents PrEP4All in connection with this request.
>
> I CC here two of my associates who represent PrEP4All with me—Angela Kang and Brooke Levy.
>
> We would like to speak with a representative of HHS about the search and production schedule for this request. Please let me know when a representative is available to speak. The morning of Friday, March 7, between 10-11:45 am Eastern is an ideal window for us.
>
> Best regards,
>
> Chris
>
> ---
>
> **From:** Jeremiah Johnson <Jeremiah@prep4all.org>
> **Date:** Thursday, February 27, 2025 at 11:38 AM
> **To:** "foiarequest@hhs.gov" <foiarequest@hhs.gov>
> **Cc:** Christopher Morten <cjm2002@columbia.edu>
> **Subject:** Re: Request Acknowledgement by U.S. Department of Health & Human Services
>
> > **This Message Is From an External Sender**
> > This message came from outside your organization.
>
> Dear HHS FOIA Liaison and FOIA Office,
>
> I write in regard to FOIA Request #2025-01745-FOIA-OS, which I filed earlier this month. I write on behalf of PrEP4All, the organization

> that I am executive director of and that I filed the FOIA request on behalf of.  I write to confirm that attorney Christopher Morten, CCed here, represents PrEP4All in connection with this FOIA request.  Mr. Morten will follow up with questions related to this request.
>
> Best regards,
>
> Jeremiah Johnson
>
> **Jeremiah Johnson, MPH (He/Him)**
>
> Executive Director
>
> PrEP4All
>
> Mobile: +1 303 910 9330
>
> Jeremiah@PrEP4All.org
>
> www.PrEP4All.org
>
> Image removed by sender.
>
> On Wed, Feb 19, 2025 at 8:52 PM <foiarequest@hhs.gov> wrote:
>
>> Dear Jeremiah Johnson,
>>
>> Request #2025-01745-FOIA-OS has been assigned to the request you submitted. In all future correspondence regarding this rec
>>
>> Regards,
>> U.S. Department of Health & Human Services