# EXHIBIT H

**Morningside Heights Legal Services, Inc.**

435 West 116th Street, New York, NY 10027
T 212 854 4291  F 212 854 3554

**Christopher Morten, JD, PhD**
Science, Health & Information Clinic
Morningside Heights Legal Services, Inc.
Email: cjm2002@columbia.edu (through June 30, 2025); cjm531@nyu.edu (after July 1, 2025)
Telephone: (646) 531-4920

**June 16, 2025**

Attn: Freedom of Information Act Staff
Attn: Arianne Perkins, FOIA Officer
Department of Health & Human Services, Office of the Secretary
Freedom of Information and Privacy Acts Division
200 Independence Avenue, SW
Suite 729H
Washington, DC 20201
foiarequest@hhs.gov
*via email and FedEx*

To whom it may concern,

I write on behalf of my client, PrEP4All, Inc. ("PrEP4All"), to demand the production of records responsive to Freedom of Information Act ("FOIA") Request No. 2025-01745-FOIA-OS ("the Request"), which was filed and received February 19, 2025. If the Department of Health & Human Services ("HHS") fails to produce the responsive records or agree to a mutually acceptable timeframe for production within 15 business days of the date of this letter, PrEP4All will be forced to file suit so that production responsive to the Request can be conducted under the supervision of a federal district court.

## I.      Background

On February 19, 2025, PrEP4All filed a FOIA request (the Request)[1] for the following record:

> The settlement agreement between HHS and Gilead Sciences, Inc. in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

---

[1] A copy of the Request is attached hereto as Exhibit A.

On the same day, February 19, 2025, HHS confirmed receipt of the Request and assigned the Request a tracking number, No. 2025-01745-FOIA-OS.[2] On April 1, 2025, HHS emailed to indicate that the status of the Request is "In Process."[3]

HHS has not otherwise provided any update on the Request.

HHS may take the view that the Request falls within "unusual circumstances" under 5 U.S.C. §552(a)(6)(B)(i)-(iii) and that, as a result, HHS is entitled to extend the timeline for fulfilling the Request beyond the deadline set by the FOIA. However, to the extent that is true, the FOIA requires HHS to provide PrEP4All with "an opportunity to limit the scope of the request or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request." *Id*. §552(a)(6)(B)(ii). HHS has not done so.

In February, March, and April, I repeatedly emailed HHS, seeking a telephone conversation to negotiate a mutually acceptable schedule for production of the record requested by the Request. I repeatedly emphasized PrEP4All's desire to negotiate production without the need for litigation. HHS repeatedly declined to speak with me and has not provided any responses to my emails. HHS has never committed to any concrete time frame for processing the Request.

To date, HHS has not produced any records responsive to the Request.

## II.    Demand

The Freedom of Information Act requires that agencies respond to FOIA requests within twenty days, or thirty days if under "unusual circumstances." 5 U.S.C. §§552(a)(6)(B)(i), (c)(i). The Request was received by HHS on February 19, 2025.[4] By law, therefore, HHS should have responded to the request by April 2, 2025 at the latest.[5] Instead, HHS has still not provided any documents responsive to the request.

It is now June 16, 2025, which is 82 business days after the Request was filed and 52 business days past the deadline by which HHS should have responded to the Request. In that time, PrEP4All could have filed suit. *See* §552(a)(6)(C)(i). Instead, cognizant of the burden that agency FOIA offices often face, PrEP4All opted to wait for its request to be fulfilled.

At this point, the agency's lengthy delay has become prejudicial to PrEP4All's mission and the public interest. As such, **PrEP4All demands that HHS produce the requested records, or offer a reasonable and mutually acceptable timetable for production, within the next 15 business days,**

---

[2] A copy of HHS's February 19, 2025 email confirming receipt and assigning the tracking number is attached hereto as Exhibit B.
[3] A copy of HHS's April 1, 2025 email is attached hereto as Exhibit C.
[4] *See* Exhibit B.
[5] This is 30 days (excluding Saturdays, Sundays, and legal holidays) from the receipt of the requests, under the assumption that the request received an "unusual circumstances" designation. See §552(a)(6)(B)(i).

**i.e., by July 9, 2025**.

**In the event that HHS fails to do so, PrEP4All will have no choice but to file suit to compel the agency to substantively respond to the Request.**

PrEP4All and I have already drafted a complaint. We are fully prepared to file suit promptly after July 9, 2025, if PrEP4All and HHS cannot reach an agreement.

## III.    Conclusion

We hope that we are not forced to seek judicial oversight of the production of materials responsive to this request. If immediate production is not possible, we are open to HHS committing to a specific timetable as to when documents will be produced that will satisfy all parties and avoid the need for judicial intervention.

Please contact me with any questions. I would be glad to speak by phone, at (646) 531-4920.

Please note that my working email will remain cjm2002@columbia.edu through June 30, 2025. From July 1, 2025 onward, my working email will become cjm531@nyu.edu. I will continue to represent PrEP4All in connection with the Request after July 1.

Nothing herein shall be deemed an admission or waiver of any rights, remedies, defenses, or positions, all of which are expressly reserved.

Sincerely,

**Christopher Morten, JD, PhD**
Science, Health & Information Clinic
Morningside Heights Legal Services, Inc.
Email: cjm2002@columbia.edu (through June 30, 2025); cjm531@nyu.edu (after July 1, 2025)
Telephone: (646) 531-4920
*Attorney for PrEP4All*

CC: Jeremiah Johnson, Executive Director and Representative of PrEP4All

# EXHIBIT  A

*Johnson (PrEP4All) FOIA request to HHS*

**VIA EMAIL AND WEB PORTAL**
Arianne Perkins, FOIA Officer
Department of Health & Human Services, Office of the Secretary
Freedom of Information and Privacy Acts Division
200 Independence Avenue, SW
Suite 729H
Washington, DC 20201
(202) 690-7453
FOIARequest@hhs.gov

February 17, 2025

Re: <u>**FREEDOM OF INFORMATION ACT REQUEST**</u>

Dear Department of Health & Human Services:

I, Jeremiah Johnson, Executive Director of PrEP4All, submit this request to the Department of Health and Human Services ("HHS") on behalf of PrEP4All, Inc. ("PrEP4All"). This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, for specific records related to the settlement agreement in *United States v. Gilead Sciences, Inc.*, No. 1:19-cv-2103 (D. Del. Nov 6, 2019) and *Gilead Sciences, Inc. v. United States*, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020) (together, the "*United States v. Gilead* cases").

**Background**

*PrEP4All*

I submit this request on behalf of PrEP4All in my capacity as Executive Director of PrEP4All.[1] PrEP4All is a 501(c)(3) non-profit organization based in New York City that is dedicated to ending the HIV and COVID-19 epidemics by improving health care for people with and at risk of HIV/AIDS and COVID-19. PrEP4All and I have no financial interest in this work. Additionally, PrEP4All receives no corporate funding for its work.

*The* United States v. Gilead *Cases*

In 2019, DOJ and HHS brought a suit that created an opportunity to correct a decades-long injustice that led to hundreds of thousands of new HIV infections. This case was *United States v. Gilead Sciences, Inc.*, No. 1:19-cv-2103 (D. Del. Nov. 6, 2019). The U.S. government alleged that Gilead Sciences, Inc. ("Gilead") had infringed on PrEP patents held by the Centers for Disease Control and Prevention ("CDC") and owed royalties to the government. The CDC had developed these patents, which were the primary basis for the FDA approval of the first PrEP product in 2012, as a result of U.S. government investment of at least $143 million into HIV PrEP research. Yet Gilead has profited off these efforts since, charging American patients over $20,000 per patient per year, and it continues to infringe on

---

[1] www.prep4all.org

*Johnson (PrEP4All) FOIA request to HHS*

publicly owned patents on PrEP that emerged from CDC research, despite the CDC's attempts to negotiate licenses with Gilead. Gilead's patent infringement and price gouging have perpetuated the HIV epidemic and made PrEP inaccessible to many communities. While Gilead has earned at least $10 billion from PrEP sales in the United States, in recent years fewer than 25% of individuals indicated for PrEP have accessed the drug.[2] This case set the stage for recourse. It also stood for a powerful norm: that drug companies, in general, cannot continue to privatize and profit from publicly developed technology, without accountability.

In 2020, Gilead brought a suit of its own against the United States government, alleging breach of certain contracts between the company and the CDC. This case was *Gilead Sciences, Inc. v. United States*, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020).

In 2023, *United States v. Gilead* (the District of Delaware case brought by the government) went to trial. The jury's verdict went against the government. With the push of PrEP4All and other HIV/AIDS advocates,[3] DOJ and HHS continued to litigate after the verdict. DOJ and HHS won an important post-trial motion and then, in July 2024, announced they would appeal the jury's verdict to the U.S. Court of Appeals for the Federal Circuit. That appeal was docketed and assigned appeal number 24-2069. In December 2024, DOJ and HHS filed their opening appeal brief.[4]

In January 2025, the government and Gilead settled both *United States v. Gilead* cases. On January 15, 2025, the government and Gilead filed joint stipulations of voluntary dismissal in the District of Delaware[5] and the Court of Federal Claims.[6] The District of Delaware and the Court of Federal Claims are now closed, and the Federal Circuit has dismissed the appeal.[7] The settlement was widely covered by news media.[8] Gilead issued a press release on the settlement.[9]

The settlement agreement itself has apparently not been made public. Little is known about the terms of the settlement. STAT News has reported that "a Gilead spokeswoman wrote to say the settlement

---

[2] https://prep4all.org/us-v-gilead-two-year-anniversary-prep4all-leads-25-advocacy-organizations-demanding-updates-on-hiv-prevention-drug-patent-lawsuit/

[3] https://prep4all.org/statement-from-prep4all-and-pipli-on-the-disappointing-verdict-in-us-v-gilead/; https://prep4all.org/wp-content/uploads/2024/06/2023-05-30-Letter-of-P4A-PIPLI-to-DOJ-HHS.pdf

[4] https://storage.courtlistener.com/recap/gov.uscourts.cafc.21920/gov.uscourts.cafc.21920.13.0.pdf.

[5] https://storage.courtlistener.com/recap/gov.uscourts.ded.70560/gov.uscourts.ded.70560.507.0.pdf.

[6] https://storage.courtlistener.com/recap/gov.uscourts.uscfc.40800/gov.uscourts.uscfc.40800.243.0.pdf.

[7] https://storage.courtlistener.com/recap/gov.uscourts.cafc.21920/gov.uscourts.cafc.21920.24.0.pdf.

[8] *See, e.g.*, https://www.statnews.com/pharmalot/2025/01/15/gilead-hiv-truvada-descovy-hhs-cdc-patents-prep/, https://www.reuters.com/legal/gilead-sciences-us-government-settle-patent-case-over-hiv-prevention-drugs-2025-01-15/, https://www.fiercepharma.com/pharma/gilead-settles-us-government-long-running-patent-dust-over-truvada-and-descovy, https://www.bloomberglaw.com/bloomberglawnews/ip-law/BNA%20000001946fa3da99abfcefb33fc00001

[9] https://www.gilead.com/company/company-statements/2025/gilead-statement-on-successful-resolution-with-us-department-of-justice-and-the-department-of-health-and-human-services-on-patents.

*Johnson (PrEP4All) FOIA request to HHS*

does not contain any payments from Gilead or the federal government."[10] Gilead's press release described the settlement as "final" and stated the following[11]:

> This resolution reflects the culmination of Gilead's resounding success in these cases, and the government has withdrawn its appeal of the verdict.

> Importantly, Gilead will receive a license to certain current and future government PrEP patents that will protect Gilead's freedom to operate for years to come.

HHS, DOJ, and CDC have apparently not issued a press release or provided comments to media about the settlement.

There is a strong public interest in the settlement, the settlement's terms, and the reasons for the settlement. On January 16, 2025, PrEP4All issued a statement on the settlement. PrEP4All's statement stated, *inter alia*, "[i]t's outrageous that PrEP4All and other organizations weren't consulted in the decision to abandon the litigation."[12] In a statement to Bloomberg Law, Mark Harrington, Executive Director of the Treatment Action Group, stated, "[t]he DoJ acted with cowardice and unseemly haste in prematurely withdrawing its case against Gilead."[13]

Given that strong public interest, there are compelling reasons to reveal the terms of the settlement and the reasons why the DOJ and HHS chose to settle the case when they did.

### Requested Records

I seek release of the following records:

1. The settlement agreement between HHS and Gilead Sciences, Inc. in the *United States v. Gilead* cases (*United States v. Gilead Sciences, Inc.*, No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and *Gilead Sciences, Inc. v. United States*, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

I request that these records be produced in their native electronic formats with any attached metadata included, so long as such electronic files can be opened using standard commercially available software. If the files cannot be produced in this manner, I request that records be produced in an alternative electronic format that is text-searchable. *See* 5 U.S.C. § 552(a)(3)(B).

If the agency believes any relevant records, or any portions thereof, are exempted from disclosure, please reference the specific exemption allowed under the law and why the exemption applies.

---

[10] https://www.statnews.com/pharmalot/2025/01/15/gilead-hiv-truvada-descovy-hhs-cdc-patents-prep/
[11] https://www.gilead.com/company/company-statements/2025/gilead-statement-on-successful-resolution-with-us-department-of-justice-and-the-department-of-health-and-human-services-on-patents
[12] https://prep4all.org/press-release-prep4all-denounces-doj-decision-to-abandon-appeal-in-u-s-v-gilead-prep-patent-case/
[13] https://www.bloomberglaw.com/bloomberglawnews/ip-law/X53UMHP8000000

*Johnson (PrEP4All) FOIA request to HHS*

**Application for Waiver of Fees**

Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), I request waiver of fees incurred in connection with searching and copying in responding to this request. I am requesting the waiver on the grounds that disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government and is not primarily in the commercial interest of the requester.

*Disclosure is in the public interest*:

Disclosure is in the public interest pursuant because this request will shed light into the reasons as to why the HHS and DOJ chose to settle the *United States v. Gilead* cases and the negotiations that led up to the settlement. This case was and is of high interest to many public interest organizations and the public at large.[14] PrEP4All and other organizations and individuals filed amicus briefs in the appeal of the District of Delaware case, which is evidence of significant interest in the case.[15] The case was an opportunity to hold Gilead accountable for its profiteering, while also setting an important precedent that private companies cannot take advantage of public research without accountability. The negotiation terms and decision-making processes behind surrendering the case have not been made public. The public has an interest in ensuring that the DOJ and HHS negotiated beneficial settlement terms and understanding the decision to withdraw the appeal.

Disclosure is also in the public interest because PrEP4All and I plan to disseminate the information I obtain from this request to the public through publication in widely distributed media. PrEP4All and I have an established track record of such publications. Exemplary high-impact publications based on my investigations include:

- Johnson, Jeremiah, Amy Killelea, and Kenyon Farrow. "Investing in National HIV PrEP Preparedness." *New England Journal of Medicine* 388, no. 9 (2023).
- Johnson, Jeremiah, and Amy Killelea. "A New Drug Could Change the HIV Prevention Landscape, But Only With a Fair Price Tag." Health Affairs. Aug. 26, 2024. https://www.healthaffairs.org/content/forefront/new-drug-could-change-hiv-prevention-landscape-but-only-fair-price-tag.
- Johnson, Jeremiah, Asa Radix, and Raniyah Copeland et al. "Building Racial and Gender Equity into a National PrEP Access Program." *Journal of Law, Medicine, and Ethics* 50, no. S1 (2022).
- Killelea, Amy, Jeremiah Johnson, Derek T. Dangerfield et al. "Financing and Delivering Pre-Exposure Prophylaxis (PrEP) to End the HIV Epidemic." *Journal of Law, Medicine, and Ethics* 50, no. S1 (2022).
- Krellenstein, James, and Jeremiah Johnson. "PrEP Pricing Problems." TAGLine Apr. 4, 2016, available at https://www.thebody.com/article/prep-pricing-problems.

---

[14] *See, e.g.,* https://www.statnews.com/pharmalot/2024/07/08/gilead-hiv-aids-truvada-descovy-patents-biden/; https://www.reuters.com/legal/gilead-sciences-us-government-settle-patent-case-over-hiv-prevention-drugs-2025-01-15/; https://news.bloomberglaw.com/ip-law/advocates-slam-us-gilead-patent-settlement-over-hiv-prep-drugs.
[15] *See, e.g.,* https://storage.courtlistener.com/recap/gov.uscourts.cafc.21920/gov.uscourts.cafc.21920.19.0.pdf

*Johnson (PrEP4All) FOIA request to HHS*

*The requester has no commercial interest in the information sought*:

PrEP4All and I have no commercial interest in the information sought. We have no commercial interest in these records, but rather we aim to facilitate and conduct rigorous, objective, and fair evaluation of the information sought in furtherance of public knowledge and public health.

For these reasons, a public interest waiver of fees is appropriate here. I therefore respectfully request that all fees related to the search, review, and duplication of the requested records be waived. If the search and review fees will not be waived, I ask that you contact me at the email address listed below should the estimated fees resulting from this request exceed $100.

## Application for Expedited Processing

Pursuant to 5 U.S.C. § 552(a)(6)(E)(i)(I), I request that the records requested in this letter be disclosed on an expedited basis because "a compelling need" exists for the disclosure of the information contained in these records. A compelling need exists under FOIA "with respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity," 5 U.S.C. § 552(a)(6)(E)(v)(II).

*The requester is engaged in disseminating information*:

I am engaged in disseminating information to the general public and not merely to a narrow interest group. As noted above, PrEP4All and I have a track record of publications, and disseminating information to the public about availability of HIV and PrEP care is one of PrEP4All's core initiatives. Obtaining information about the availability of HIV PrEP, analyzing that information, and publishing and disseminating it to the press and public at large are thus among PrEP4All's core activities. *See ACLU v. DOJ*, 321 F.Supp.2d 24, 29 n.5 (D.D.C. 2004) (finding non-profit public interest group that "gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience" to be "primarily engaged in disseminating information").

*The records sought pertain to a matter of widespread and exceptional media interest in which there exist questions about the Government's integrity that affect public confidence*:

As I've explained above, the records requested pertain to a matter of widespread and exceptional media interest in which there exist questions about the Government's integrity that affect public confidence.

For these reasons, I believe I am entitled to expedited processing under FOIA.

Pursuant to 5 U.S.C. § 552(a)(6)(E)(vi), I certify that the information in this request concerning the reasons for expedited processing is true and correct to the best of my knowledge and belief.

*Johnson (PrEP4All) FOIA request to HHS*

Pursuant to applicable statutes and regulations, I anticipate a determination regarding expedited processing within 10 days. See 5 U.S.C. § 552(a)(6)(E)(ii).

## Conclusion

If my request is denied in whole or in part, please justify all withholdings and redactions by reference to specific FOIA exemptions. I expect the release of all segregable portions of otherwise exempt material, *see* 5 U.S.C. § 552(b), and reserve the right to appeal a decision to withhold any information or deny a waiver of fees.

Thank you for your prompt attention to this matter. Please direct communications and furnish the applicable records to:

Jeremiah Johnson
Jeremiah@prep4all.org

Please communicate any questions you may have by email, rather than regular mail. Also, if the requested records cannot be provided by email, please notify me as soon as they are available and I will consider arranging to collect them by courier to avoid additional delay.

Please copy PrEP4All's attorney, Christopher J. Morten, Esq., on all correspondence at the below address:

Christopher J. Morten, JD, PhD
Director
Science, Health & Information Clinic
Morningside Heights Legal Services
Columbia Law School
435 W 116th St.
New York, New York 10027
Office: (212) 854-1845
Cell: (646) 531-4920
E-mail: cjm2002@columbia.edu

Mr. Morten represents PrEP4All in connection with this request.

Your prompt attention to this request is greatly appreciated.

Respectfully submitted,

*/s/ Jeremiah Johnson*
Jeremiah Johnson
PrEP4All, Inc.
Jeremiah@prep4all.org

# EXHIBIT B

 **NYU**

**Christopher Morten <cjm531@nyu.edu>**

---

## Fwd: Status Update for Request #2025-01745-FOIA-OS
2 messages

---

**Jeremiah Johnson** <Jeremiah@prep4all.org>                                    Thu, Feb 20, 2025 at 7:41 AM
To: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Christopher Morten <cjm531@nyu.edu>, Brooke Levy
<bml2132@columbia.edu>


---------- Forwarded message ---------
From: <foiarequest@hhs.gov>
Date: Wed, Feb 19, 2025 at 8:52 PM
Subject: Status Update for Request #2025-01745-FOIA-OS
To: <jeremiah@prep4all.org>


Dear Jeremiah Johnson,

The status of your FOIA request #2025-01745-FOIA-OS has been updated to the following status 'Received'. To log
into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services

---

**Christopher Morten** <cjm531@nyu.edu>                                         Fri, Feb 21, 2025 at 7:23 AM
To: Jeremiah Johnson <Jeremiah@prep4all.org>
Cc: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>

Thanks for forwarding, Jeremiah!
[Quoted text hidden]

# EXHIBIT  C

 **NYU**

**Christopher Morten <cjm531@nyu.edu>**

---

## Fwd: Status Update for Request #2025-01745-FOIA-OS

---

**Jeremiah Johnson** <Jeremiah@prep4all.org>                                    Fri, Apr 11, 2025 at 1:31 PM
To: Brooke Levy <bml2132@columbia.edu>, Christopher Morten <cjm531@nyu.edu>

Hey so sorry I missed this last week- forwarding here.

---------- Forwarded message ---------
From: <foiarequest@hhs.gov>
Date: Tue, Apr 1, 2025 at 12:33 PM
Subject: Status Update for Request #2025-01745-FOIA-OS
To: <jeremiah@prep4all.org>

```
Dear Jeremiah Johnson,
```

The status of your FOIA request #2025-01745-FOIA-OS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

```
Sincerely,
U.S. Department of Health & Human Services
```