# EXHIBIT K

**Friday, February 28, 2025 at 10:06:46 Eastern Standard Time**

**Subject:** Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567
**Date:** Friday, February 28, 2025 at 9:23:28 AM Eastern Standard Time
**From:** Christopher Morten
**To:** civil.routing.foia@usdoj.gov
**CC:** Angela Hyokyoung Kang, Brooke Levy, Jeremiah Johnson

Dear DOJ FOIA Liaison,

I write to follow up on Mr. Johnson's email below re Request No. 145-FOI-21567. Per his email below, and per the FOIA request itself, I am a lawyer who represents PrEP4All in connection with this request.

I CC here two of my associates who represent PrEP4All with me—Angela Kang and Brooke Levy.

We would like to speak with a representative of DOJ about the search and production schedule for this request. Please let me know when a representative is available to speak. The morning of Friday, March 7, between 10-11:45 am Eastern is an ideal window for me.

Best regards,

Chris

---

**From:** Jeremiah Johnson <Jeremiah@prep4all.org>
**Date:** Thursday, February 27, 2025 at 11:40 AM
**To:** "civil.routing.foia@usdoj.gov" <civil.routing.foia@usdoj.gov>
**Cc:** Christopher Morten <cjm2002@columbia.edu>
**Subject:** Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

> **This Message Is From an External Sender**
> This message came from outside your organization.

Dear DOJ FOIA Liaison,

I write in regard to FOIA Request No. 145-FOI-21567, which I filed earlier this month. I write on behalf of PrEP4All, the organization that I am executive director of and that I filed the FOIA request on behalf of. I write to confirm that attorney Christopher Morten, CCed here, represents PrEP4All in connection with this FOIA request. Mr. Morten will follow up with questions related to this request.

Best regards,

Jeremiah Johnson

**Jeremiah Johnson, MPH (He/Him)**
Executive Director
PrEP4All
Mobile: +1 303 910 9330
<Jeremiah@PrEP4All.org>
www.PrEP4All.org


Image removed by sender.

On Mon, Feb 24, 2025 at 3:00 PM CivilFOIA, No-Reply (CIV) <No-Reply.CivilFOIA@usdoj.gov> wrote:

> Greetings,
>
> Please find the attached acknowledgment to your request.
>
> Best,
>
> FOIA and Privacy Office
> Civil Division
> United States Department of Justice