# EXHIBIT L



**Christopher Morten <cjm2002@columbia.edu>**

## Fwd: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

**Christopher Morten** <cjm2002@columbia.edu>                                    Fri, Mar 7, 2025 at 10:36 AM
To: "civil.routing.foia@usdoj.gov" <civil.routing.foia@usdoj.gov>
Cc: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>, Jeremiah Johnson <Jeremiah@prep4all.org>

Dear DOJ FOIA Liaison,

I write to renew my inquiry re Request No. 145-FOI-21567, submitted by PrEP4All. I seek an update on the search and production schedule for this request.

I called your office a moment ago and left a voicemail, echoing this inquiry.

Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.

Best regards,

Chris


-------------------------

Christopher Morten

he/him/his

Associate Clinical Professor of Law

Director, Science, Health & Information Clinic

Columbia Law School

Office: (212) 854-1845

Cell: (646) 531-4920

Email: cjm2002@columbia.edu

Twitter: @cmorten2

[Quoted text hidden]