# EXHIBIT M



Christopher Morten <cjm2002@columbia.edu>

## Fwd: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

**FOIA, Civil.routing** <Civil.routing.FOIA@usdoj.gov>                    Fri, Mar 7, 2025 at 1:07 PM
To: Christopher Morten <cjm2002@columbia.edu>
Cc: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>, Jeremiah Johnson
<Jeremiah@prep4all.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Chris, thank you for reaching out to check on status. Given our available staff and resources, as well as our
substantial backlog of FOIA requests, our average processing time exceeds 1 year. Your request is in queue for
searching.  We are diligently trying to work through our backlog and endeavor to do so on a first-in, first-out basis, as
each requester is awaiting a response to their request.

FOIA and Privacy Office

Civil Division

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

On Mon, Feb 24, 2025 at 3:00 PM CivilFOIA, No-Reply (CIV) <No-Reply.CivilFOIA@usdoj.gov> wrote:

[Quoted text hidden]