# EXHIBIT N



**Christopher Morten <cjm2002@columbia.edu>**

## Fwd: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

**Christopher Morten** <cjm2002@columbia.edu>                                                                Fri, Apr 4, 2025 at 1:00 PM
To: "FOIA, Civil.routing" <Civil.routing.FOIA@usdoj.gov>
Cc: Angela Hyokyoung Kang <ahk2184@columbia.edu>, Brooke Levy <bml2132@columbia.edu>, Jeremiah Johnson <Jeremiah@prep4all.org>

> Dear DOJ Civil Division FOIA and Privacy Office,
>
> Thank you for your email of March 7.
>
> I write again in connection with PrEP4All's FOIA request, assigned tracking No. 145-FOI-21567.
>
> My colleague Brooke Levy, CCed here, represents PrEP4All with me. She just called your number and left a voicemail seeking further information on this request. Your email of March 7 states that "average processing time exceeds 1 year" and that our "request is in queue for searching." Per Brooke's voicemail, we would like clarification of whether you expect this specific request to take over 1 year. If indeed that is your expectation, we would like an explanation as to why this request—for one specific, likely short document—should take over 1 year. We would also like to discuss with you ways to accelerate processing of this request.
>
> This request is important to PrEP4All, and we are committed to its prompt fulfillment.
>
> Please give me a call at your earliest convenience. The best number to reach me is 646 531 4920.
>
> Thank you, and best regards,
>
> Chris
>
>
> -------------------------
>
> Christopher Morten
>
> he/him/his
>
> Associate Clinical Professor of Law
>
> Columbia Law School
>
> [Quoted text hidden]

[Quoted text hidden]