# EXHIBIT O

Monday, April 14, 2025 at 18:07:37 Eastern Daylight Time

**Subject:** RE: [EXTERNAL] Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567
**Date:** Friday, April 11, 2025 at 6:46:56 PM Eastern Daylight Time
**From:** FOIA, Civil.routing
**To:** Christopher Morten
**CC:** Angela Hyokyoung Kang, Brooke Levy, Jeremiah Johnson

**This Message Is From an External Sender**
This message came from outside your organization.

I'm optimistic that this request will take less than a year, given that it is targeted to settlement agreements. We have a large backlog of requests and reduced staffing at the moment. When some of our staffing becomes available again in the next couple months, I'm optimistic we will have more bandwidth to target a wider range of narrower requests, such as yours. I don't currently have an estimate of the number of comparable requests in line ahead of yours, which could be a factor in our processing time.

**From:** Christopher Morten <cjm2002@columbia.edu>
**Sent:** Friday, April 4, 2025 1:00 PM
**To:** FOIA, Civil.routing <civfoia@CIV.USDOJ.GOV>
**Cc:** Angela Hyokyoung Kang <ahk2184@columbia.edu>; Brooke Levy <bml2132@columbia.edu>; Jeremiah Johnson <Jeremiah@prep4all.org>
**Subject:** Re: [EXTERNAL] Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

Dear DOJ Civil Division FOIA and Privacy Office,

Thank you for your email of March 7.

I write again in connection with PrEP4All's FOIA request, assigned tracking No. 145-FOI-21567.

My colleague Brooke Levy, CCed here, represents PrEP4All with me. She just called your number and left a voicemail seeking further information on this request. Your email of March 7 states that "average processing time exceeds 1 year" and that our "request is in queue for searching." Per Brooke's voicemail, we would like clarification of whether you expect this specific request to take over 1 year. If indeed that is your expectation, we would like an explanation as to why this request—for one specific, likely short document—should take over 1 year. We would also like to discuss with you ways to accelerate processing of this request.

This request is important to PrEP4All, and we are committed to its prompt fulfillment.

Please give me a call at your earliest convenience. The best number to reach me is 646 531 4920.

Thank you, and best regards,

Chris

\-------------------------
Christopher Morten
he/him/his
Associate Clinical Professor of Law
Columbia Law School
Office: (212) 854-1845
Cell: (646) 531-4920
Email: cjm2002@columbia.edu

On Fri, Mar 7, 2025 at 1:07 PM FOIA, Civil.routing <Civil.routing.FOIA@usdoj.gov> wrote:

> **This Message Is From an External Sender**
> This message came from outside your organization.
>
> Hi Chris, thank you for reaching out to check on status. Given our available staff and resources, as well as our substantial backlog of FOIA requests, our average processing time exceeds 1 year. Your request is in queue for searching. We are diligently trying to work through our backlog and endeavor to do so on a first-in, first-out basis, as each requester is awaiting a response to their request.
>
> FOIA and Privacy Office
> Civil Division
>
> **From:** Christopher Morten <cjm2002@columbia.edu>
> **Sent:** Friday, March 7, 2025 10:37 AM
> **To:** FOIA, Civil.routing <civfoia@CIV.USDOJ.GOV>
> **Cc:** Angela Hyokyoung Kang <ahk2184@columbia.edu>; Brooke Levy <bml2132@columbia.edu>; Jeremiah Johnson <Jeremiah@prep4all.org>
> **Subject:** [EXTERNAL] Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567
>
> Dear DOJ FOIA Liaison,
>
> I write to renew my inquiry re Request No. 145-FOI-21567, submitted by PrEP4All. I seek

an update on the search and production schedule for this request.

I called your office a moment ago and left a voicemail, echoing this inquiry.

Please provide an update at your earliest convenience. I can be reached by phone at 646 531 4920.

Best regards,

Chris

-------------------------
Christopher Morten
he/him/his
Associate Clinical Professor of Law
Director, Science, Health & Information Clinic
Columbia Law School
Office: (212) 854-1845
Cell: (646) 531-4920
Email: cjm2002@columbia.edu
Twitter: @cmorten2


On Fri, Feb 28, 2025 at 9:23 AM Christopher Morten <cjm2002@columbia.edu> wrote:
> Dear DOJ FOIA Liaison,
>
> I write to follow up on Mr. Johnson's email below re Request No. 145-FOI-21567. Per his email below, and per the FOIA request itself, I am a lawyer who represents PrEP4All in connection with this request.
>
> I CC here two of my associates who represent PrEP4All with me—Angela Kang and Brooke Levy.
>
> We would like to speak with a representative of DOJ about the search and production schedule for this request. Please let me know when a representative is available to speak. The morning of Friday, March 7, between 10-11:45 am Eastern is an ideal window for me.
>
> Best regards,
>
> Chris
>
> ---
>
> **From:** Jeremiah Johnson <Jeremiah@prep4all.org>
> **Date:** Thursday, February 27, 2025 at 11:40 AM
> **To:** "civil.routing.foia@usdoj.gov" <civil.routing.foia@usdoj.gov>
> **Cc:** Christopher Morten <cjm2002@columbia.edu>

**Subject:** Re: United States Department of Justice Civil Division Acknowledgment 145-FOI-21567

**This Message Is From an External Sender**
This message came from outside your organization.

Dear DOJ FOIA Liaison,

I write in regard to FOIA Request No. 145-FOI-21567, which I filed earlier this month. I write on behalf of PrEP4All, the organization that I am executive director of and that I filed the FOIA request on behalf of. I write to confirm that attorney Christopher Morten, CCed here, represents PrEP4All in connection with this FOIA request. Mr. Morten will follow up with questions related to this request.

Best regards,

Jeremiah Johnson

**Jeremiah Johnson, MPH (He/Him)**
Executive Director
PrEP4All
Mobile: +1 303 910 9330
Jeremiah@PrEP4All.org
www.PrEP4All.org

On Mon, Feb 24, 2025 at 3:00 PM CivilFOIA, No-Reply (CIV) <No-Reply.CivilFOIA@usdoj.gov> wrote:

> Greetings,
>
> Please find the attached acknowledgment to your request.
>
> Best,
>
> FOIA and Privacy Office
> Civil Division
> United States Department of Justice