# EXHIBIT S



**Christopher Morten <cjm2002@columbia.edu>**

## Re FOIA Request No. 145-FOI-21567 — Demand letter from PrEP4All

**FOIA, Civil.routing** <Civil.routing.FOIA@usdoj.gov>  Fri, Jun 20, 2025 at 5:30 PM
To: Christopher Morten <cjm531@nyu.edu>
Cc: Christopher Morten <cjm2002@columbia.edu>, Jeremiah Johnson <jeremiah@prep4all.org>, Brooke Levy <bml2132@columbia.edu>, Angela Hyokyoung Kang <ahk2184@columbia.edu>

**This Message Is From an External Sender**
This message came from outside your organization.

By way of update, this office recently received the results of our search from the relevant branch of the Civil Division, and this material was sent on consultation to other equity-holders, consistent with our regulations. The consultation process can typically take a few weeks. Upon completion of the consultation process, we will be prepared to issue a final response.

[Quoted text hidden]