# EXHIBIT T



**Christopher Morten <cjm2002@columbia.edu>**

### Re FOIA Request No. 145-FOI-21567 — Demand letter from PrEP4All

**Christopher Morten** <cjm2002@columbia.edu>    Sun, Jun 22, 2025 at 11:40 AM
To: "FOIA, Civil.routing" <Civil.routing.FOIA@usdoj.gov>
Cc: Christopher Morten <cjm531@nyu.edu>, Jeremiah Johnson <jeremiah@prep4all.org>, Brooke Levy <bml2132@columbia.edu>, Angela Hyokyoung Kang <ahk2184@columbia.edu>

Dear DOJ FOIA Office,

Thank you for your email. We appreciate the update.

However, your email does not make clear when PrEP4All can actually expect a final response and document production. Please clarify the date on which PrEP4All can expect a final response and document production. Will DOJ provide a final response and document production by July 9?

As is stated in PrEP4All's letter of June 16, at this point, the agency's lengthy delay has become prejudicial to PrEP4All's mission and the public interest. We reserve the right to bring suit for noncompliance with the FOIA and DOJ's regulations if DOJ does not produce the requested document(s) promptly.

Thank you again for your attention to this matter.

Best regards,

Chris

On Fri, Jun 20, 2025 at 5:30 PM FOIA, Civil.routing <Civil.routing.FOIA@usdoj.gov> wrote:
[Quoted text hidden]