# EXHIBIT U



**Christopher Morten <cjm531@nyu.edu>**

### Re FOIA Request No. 145-FOI-21567 — Demand letter from PrEP4All

**Christopher Morten** <cjm531@nyu.edu>                                                                                     Mon, Jul 7, 2025 at 7:10 AM
To: Christopher Morten <cjm2002@columbia.edu>
Cc: "FOIA, Civil.routing" <Civil.routing.FOIA@usdoj.gov>, Jeremiah Johnson <jeremiah@prep4all.org>, Brooke Levy <bml2132@columbia.edu>, Angela Hyokyoung Kang <ahk2184@columbia.edu>, Sarika Ram <sr4454@nyu.edu>

Dear DOJ FOIA Office,

I am writing to renew my inquiry re FOIA request No. 145-FOI-21567. I have not received a response to my email of June 22, below.

Please clarify the date on which PrEP4All can expect a final response and document production. Will DOJ provide a final response and document production by July 9? If not July 9, please provide a date certain on which PrEP4All can expect a final response and document production.

As is stated in PrEP4All's letter of June 16 and in my email of June 22, at this point, the agency's lengthy delay has become prejudicial to PrEP4All's mission and the public interest. We reserve the right to bring suit for noncompliance with the FOIA and DOJ's regulations if DOJ does not produce the requested document(s) promptly.

If I do not hear from you, I will assume that DOJ does not intend to provide a final response and document production in the near future, and will prepare to bring suit.

Best regards,

Chris
[Quoted text hidden]