FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

➤ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

➤ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➤ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

➤ I returned the summons unexecuted because _____ ; or

➤ Other *(specify):*
I served the U.S. Department of Justice by serving the United States (see below) and by mailing a copy of the summons and of the
complaint by USPS certified mail to the U.S. Department of Justice on August 5, 2025. Please see the attached USPS receipts and
delivery confirmation, showing delivery addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $5.30

$6.40    0052
          14

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery    $ $0.00    Here
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.70

Total Postage and Fees    08/05/2025
$20.40

Sent To U.S. Dept of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2280 0000 6951 1481

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®.

OFFICIAL USE

Postage $    $6.40    0052
                      14

Certified Fee    $0.00

Return Receipt Fee    $0.00    Postmark
(Endorsement Required)    $0.00    Here

Restricted Delivery Fee
(Endorsement Required)    $0.00

$10.70

Total Postage & Fees  $    08/05/2025
$20.40

Sent To General Cansel Dept of HHS
Street, Apt. No.,
or PO Box No. 200 Independence Ave SW
City, State, ZIP+4 Washington, DC 20201

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0002 5483 6372

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®.

OFFICIAL USE

$5.30

Postage $    $6.40    0052
                      14

Certified Fee    $0.00

            $0.00

Return Receipt Fee    $0.00
(Endorsement Required)    $0.00    Postmark
                                    Here

Restricted Delivery Fee
(Endorsement Required)

$10.05

Total Postage & Fees  $    08/05/2025
$17.75

Sent To Civil Process Clerk US Attorney's Ofc SDNY
Street, Apt. No.,
or PO Box No. 86 Chambers Street, 3rd floor
City, State, ZIP+4 New York, NY 10007

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0004 2948 5627

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®.

OFFICIAL USE

$5.30

Postage $    $4.40    0052
                      14

Certified Fee    $0.00

            $0.00

Return Receipt Fee    $0.00
(Endorsement Required)    $0.00    Postmark
                                    Here

Restricted Delivery Fee
(Endorsement Required)

$10.70

Total Postage & Fees  $    08/05/2025
$20.40

Sent To Attorney General of the U.S., U.S. Dep't of Justice
Street, Apt. No.,
or PO Box No. 950 Pennsylvania Ave., N.W.
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0003 6358 9922



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

08/05/2025                                          03:55 PM
-------------------------------------------
TRACKING NUMBERS
7006215000036358 9922
7004075000042948 5627
7019228000006951 1481
7006081000025483 6372
-------------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



-------------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
-------------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
-------------------------------------------
PURCHASE DETAILS
-------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| | | | |
| Priority Mail® | 1 | | $10.70 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Expected Delivery Date | | | |
| Thu 08/07/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 7006215000036358 9922 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 5958 0062 3155 01 | | | |
| Total | | | $20.40 |
| | | | |
| Priority Mail® | 1 | | $10.05 |
| New York, NY 10007 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Expected Delivery Date | | | |
| Thu 08/07/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 7004075000042948 5627 | | | |
| Return Receipt | | | $4.40 |
| Total | | | $19.75 |

| | | | |
|---|---|---|---|
| Priority Mail® | 1 | | $10.70 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Expected Delivery Date | | | |
| Thu 08/07/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 7019228000006951 1481 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 5958 0062 3155 49 | | | |
| Total | | | $20.40 |
| | | | |
| Priority Mail® | 1 | | $10.70 |
| Washington, DC 20201 | | | |
| Weight: 0 lb 14.30 oz | | | |
| Expected Delivery Date | | | |
| Thu 08/07/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 7006081000025483 6372 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 5958 0062 3155 56 | | | |
| Total | | | $20.40 |

-------------------------------------------
Grand Total:                              $80.95
-------------------------------------------
Cash                                      $81.00
Change                                    -$0.05
-------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm
If unable to file online, call
1-800-332-0317 for a paper form

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

-------------------------------------------

UFN: 359652-0052
Receipt #: 840-51000017-5-6066271-2
Clerk: 14

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 70060810000254836372

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:21 am on August 7, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

     **USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 7, 2025, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 7, 2025, 10:18 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 7, 2025, 2:28 am

**In Transit to Next Facility**
August 6, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:24 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:54 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

**Product Information**   ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs  ›

**Tracking Number:**

**Remove** ✕

## 70192280000069511481

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:04 am on August 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 8, 2025, 5:04 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 7, 2025, 11:03 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 7, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 6, 2025, 10:39 pm

**In Transit to Next Facility**
August 6, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:23 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:53 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case 1:25-cv-06335-JAV     Document 9     Filed 08/08/25     Page 8 of 11

# USPS Tracking®

FAQs ❯

**Tracking Number:**

**Remove** ✕

## 70062150000363589922

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:04 am on August 8, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

> USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 8, 2025, 5:04 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 7, 2025, 11:03 am

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 6, 2025, 10:39 pm

**In Transit to Next Facility**

August 6, 2025

**Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:26 pm

**Departed Post Office**

NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**

NEW YORK, NY 10011
August 5, 2025, 3:51 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Case 1:25-cv-06335-JAV     Document 9     Filed 08/08/25     Page 9 of 11

**Text & Email Updates**   ⌄

**USPS Tracking Plus®**   ⌄

**Product Information**   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

**70040750000429485627**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:38 pm on August 6, 2025 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
August 6, 2025, 1:38 pm

**Out for Delivery**
NEW YORK, NY 10007
August 6, 2025, 6:10 am

**Arrived at Post Office**
NEW YORK, NY 10007
August 6, 2025, 5:20 am

**Arrived at USPS Facility**
NEW YORK, NY 10007
August 6, 2025, 3:25 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
August 6, 2025, 3:06 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:24 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:53 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs