FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

➤  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

➤  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➤  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

➤  I returned the summons unexecuted because _____ ; or

➤  Other *(specify):*
I mailed a copy of the summons and of the complaint by USPS certified mail to the civil process clerk at the U.S. Attorney's
Office for the Southern District of New York on August 5, 2025. Please see the attached USPS receipts and delivery        .
confirmation, showing delivery address.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:







**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

08/05/2025                                    03:55 PM

----------------------------------------

TRACKING NUMBERS
70062150000363589922
70040750000429485627
70192280000069511481
70060810000254836372

----------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

----------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

----------------------------------------

PURCHASE DETAILS

----------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Washington, DC 20530 Weight: 0 lb 14.00 oz Expected Delivery Date Thu 08/07/2025 | 1 | | $10.70 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70062150000363589922 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 5958 0062 3155 01 | | | $4.40 |
| Total | | | $20.40 |
| Priority Mail® New York, NY 10007 Weight: 0 lb 14.00 oz Expected Delivery Date Thu 08/07/2025 | 1 | | $10.05 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70040750000429485627 | | | $5.30 |
| Return Receipt | | | $4.40 |
| Total | | | $19.75 |

| Priority Mail® Washington, DC 20530 Weight: 0 lb 14.10 oz Expected Delivery Date Thu 08/07/2025 | 1 | | $10.70 |
|---|---|---|---|
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70192280000069511481 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 5958 0062 3155 49 | | | $4.40 |
| Total | | | $20.40 |
| Priority Mail® Washington, DC 20201 Weight: 0 lb 14.30 oz Expected Delivery Date Thu 08/07/2025 | 1 | | $10.70 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70060810000254836372 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 5958 0062 3155 56 | | | $4.40 |
| Total | | | $20.40 |

----------------------------------------

Grand Total:                             $80.95

----------------------------------------

Cash                                     $81.00
Change                                   -$0.05

----------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm
If unable to file online, call
1-800-332-0317 for a paper form

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

----------------------------------------

UFN: 359652-0052
Receipt #: 840-51000017-5-6066271-2
Clerk: 14

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                       **Remove** ✕

## 70060810000254836372

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:21 am on August 7, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 7, 2025, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 7, 2025, 10:18 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 7, 2025, 2:28 am

**In Transit to Next Facility**
August 6, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:24 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:54 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                    ∨

USPS Tracking Plus®                                                                      ∨

**Product Information**                                                                                 ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 70192280000069511481

Copy　　　Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:04 am on August 8, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 8, 2025, 5:04 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 7, 2025, 11:03 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 7, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 6, 2025, 10:39 pm

**In Transit to Next Facility**
August 6, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:23 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:53 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**                                                          **Remove ✕**

## 70062150000363589922

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:04 am on August 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 8, 2025, 5:04 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 7, 2025, 11:03 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 7, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 6, 2025, 10:39 pm

**In Transit to Next Facility**
August 6, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:26 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:51 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**　　　　　　　　　　　　　　　　　⌄

**USPS Tracking Plus®**　　　　　　　　　　　　　　　　　⌄

**Product Information**　　　　　　　　　　　　　　　　　⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**       **Remove** ✕

## 70040750000429485627

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:38 pm on August 6, 2025 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
August 6, 2025, 1:38 pm

**Out for Delivery**
NEW YORK, NY 10007
August 6, 2025, 6:10 am

**Arrived at Post Office**
NEW YORK, NY 10007
August 6, 2025, 5:20 am

**Arrived at USPS Facility**
NEW YORK, NY 10007
August 6, 2025, 3:25 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
August 6, 2025, 3:06 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
August 5, 2025, 8:24 pm

**Departed Post Office**
NEW YORK, NY 10011
August 5, 2025, 5:45 pm

**USPS in possession of item**
NEW YORK, NY 10011
August 5, 2025, 3:53 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs