

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 5, 2025

**By ECF**

Hon. Jeannette A. Vargas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:     *PrEP4All, Inc. v. HHS et al.*, No. 25 Civ. 6335 (JAV)

Dear Judge Vargas:

     I write on behalf of the parties to this Freedom of Information Act ("FOIA") case respectfully to request a two-week extension, to September 22, 2025, of the defendants' time to answer or otherwise respond to plaintiff's complaint, to allow plaintiff time to determine whether to voluntarily dismiss this action. The current deadline is September 8, and this is the parties' first request for an extension of this deadline. The parties' next scheduled appearance before the Court is October 28, 2025, for an initial pretrial conference.[1]

     Plaintiff filed this action on August 1, 2025, in connection with a FOIA request seeking a settlement agreement entered on January 14, 2025, between the United States, represented by the Commercial Litigation Branch of the Department of Justice ("DOJ") and the U.S. Attorney for Delaware, and Gilead Sciences Inc. and Gilead Sciences Ireland UC. Shortly before filing this action, counsel for plaintiff had been in touch with DOJ's FOIA and Privacy Office and been advised that DOJ was consulting with the Department of Health and Human Services (the other signatory to the settlement) about release of the settlement and expected to make a determination in the near future. On September 4, 2025, that determination was made and the settlement agreement was produced to plaintiff with minimal redactions.[2]

     To allow plaintiff an opportunity to determine whether to voluntarily dismiss this action, the parties jointly request a two-week extension of defendants' deadline to respond to the complaint. The parties thank the Court for its consideration of this request.

---

[1] In accordance with Your Honor's Recusal Rule for USAO-SDNY, the undersigned confirms that the U.S. Attorney's Office for the Southern District of New York had no involvement in this matter on or prior to November 18, 2024.

[2] The Government redacted the ink signature of a DOJ attorney and the email address of the Director of DOJ's Intellectual Property Section.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:       */s/ Jacob Lillywhite*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc: Christopher J. Morten, Esq.
    *Counsel for Plaintiff PrEP4All, Inc.*
    (by ECF)