UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PREP4ALL, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants. | Civil Action No. 25-cv-6335-JAV |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, PREP4ALL, INC., hereby gives notice of the voluntary dismissal of the above-captioned action against Defendants, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES and U.S. DEPARTMENT OF JUSTICE, without prejudice.

No answer or motion for summary judgment has been served by defendants in this action.

Dated: September 12, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher J. Morten*
　　　　　　　　　　　　　　　　　　　　Christopher J. Morten (N.Y. Bar Number 5428107)
　　　　　　　　　　　　　　　　　　　SCIENCE, HEALTH & INFORMATION CLINIC
　　　　　　　　　　　　　　　　　　　WASHINGTON SQUARE LEGAL SERVICES, INC.
　　　　　　　　　　　　　　　　　　　　NYU School of Law
　　　　　　　　　　　　　　　　　　　　245 Sullivan St, 5th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10012
　　　　　　　　　　　　　　　　　　　　Tel: (212) 998-6433
　　　　　　　　　　　　　　　　　　　　Email: cjm531@nyu.edu
　　　　　　　　　　　　　　　　　　　　*Counsel of Record*
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff PrEP4All, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: September 12, 2025

> */s/ Christopher J. Morten*
> Christopher J. Morten (N.Y. Bar Number 5428107)
> *Counsel for Plaintiff PrEP4All, Inc.*